UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                  :

        -against-                                    :        11 Cr. 576 (WHP)

Hassen Brito,                                              :        <u>ORDER</u>
                        Defendant.   :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        This Court will hold a teleconference on Tuesday, May 18, 2021 at 11:00 a.m. regarding defendant's supervised release. The dial-in number is 888-363-4749, passcode 3070580.

Dated: March 24, 2021
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.