```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,          :

        -against-                  :           11 Cr. 576 (WHP)

Hassen Brito,                      :           ORDER
                    Defendant.     :
------------------------------------------------------------X
```

WILLIAM H. PAULEY III, United States District Judge:

The conference scheduled for May 18, 2021 is adjourned to July 8, 2021 at 3:00 p.m. The dial-in number is 888-363-4749, passcode 3070580.

Dated: May 14, 2021
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.